UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWEN B. WITHERSPOON, as Trustee of the Gwen B. Witherspoon Revocable Living Trust dated August 10, 1998,<br><br>　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER D. INCE et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-22-613-G<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court are two Motions to Dismiss (Doc. No. 17, 25), seeking dismissal of the claims raised in Plaintiff's original Complaint (Doc. No. 1). Plaintiff has now timely filed an Amended Complaint (Doc. No. 26). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the pending Motions to Dismiss (Doc. No. 17, 25) are DENIED AS MOOT.

IT IS SO ORDERED this 25th day of September, 2023.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge